UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KYUNG S KOOK,<br><br>Defendant. | CASE NO. 2:24-cr-00131-JHC<br><br>ORDER |

Before the Court is the Government's Unopposed Motion to Seal Exhibit 1 to the Government's Sentencing Memorandum. Dkt. # 15. For the reasons presented by the Government, the Court GRANTS the motion and ORDERS that Exhibit 1 to the Government's sentencing memorandum (Dkt. # 14) be filed under seal.

Dated this 5th day of November, 2024.

*/s/ John H. Chun*
John H. Chun
United States District Judge

ORDER - 1