UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>KYUNG KOOK,<br><br>            Defendant. | No. CR24-131 JHC<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND REPORT DATE |

This matter comes before the Court on a motion by defendant, Kyung Kook, to extend the date by which he must report to the Bureau of Prisons to serve his sentence until a date after January 27, 2025, on the basis that the Court has previously ordered Mr. Kook to report after the restitution hearing and the Court has continued that hearing to January 27, 2025.  Dkt. # 26. The Government does not oppose the motion.  Finding good cause, the Court GRANTS the motion and ORDERS that the Bureau of Prisons set a new report date for Mr. Kook that falls after January 27, 2025.

DONE this 11th day of December, 2024.

*John H. Chun*
John H. Chun
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO
EXTEND REPORT DATE (*Kyung Kook*; CR24-131
JHC) - 1