UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KYUNG KOOK,<br><br>　　　　　Defendant. | No. CR24-131 JHC<br><br>ORDER GRANTING UNOPPOSED MOTION FOR RETURN OF PASSPORT |

This matter comes before the Court upon motion of defendant, Kyung Kook, for an order directing the Clerk of the Court to return his passport to him. Dkt. # 32. Defendant represents that the Government, represented by AUSA Dane Westermeyer, does not oppose the requested relief. *Id.*

Having considered the entirety of the records and file herein, the Court hereby GRANTS this motion. It is ORDERED that the Clerk of the Court shall return Mr. Kook's passport to him. The Clerk is directed to send the passport by certified mail to:

　　Kyung Kook
　　1624 64th Street SE
　　Auburn, Washington 98092.

/

/

ORDER GRANTING UNOPPOSED MOTION FOR
RETURN OF PASSPORT
(*Kyung Kook*; CR24-131 JHC) - 1

DONE THIS 14th day of February, 2024.

_John H. Chun_
John H. Chun
United States District Judge

ORDER GRANTING UNOPPOSED MOTION FOR
RETURN OF PASSPORT
(*Kyung Kook*; CR24-131 JHC) - 2